CARRIE K.S. OKINAGA, 5958
Corporation Counsel
D. SCOTT DODD, 6811
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: 527-6837/Facsimile: 523-4583
Email Address: ddodd@co.honolulu.hi.us

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
and SERGEANT EARL PENAROZA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2005

at 9 o'clock and 48 min. AM
SUE BEITIA, CLERK

LODGED

DEC 09 2005
9:50am
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RANDY WONG,<br>dba TLC MOTORCYCLES,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY & COUNTY OF HONOLULU,<br>SERGEANT EARL PENAROSA;<br>DOES 2-10;<br><br>       Defendants. | CIVIL NO. CV03-00176 ACK/LEK<br>(Civil Rights)<br><br>STIPULATION FOR DISMISSAL OF<br>ALL CLAIMS AND ALL PARTIES<br>WITH PREJUDICE; ORDER |

wong-randy\stip for dismissal w-prejudice

STIPULATION FOR DISMISSAL
OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all of the

parties who have appeared in this action, pursuant to Rule 41(a)(1)(ii) of the

Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to

dismiss all claims, with prejudice, with each party to bear his own attorneys' fees and costs.

The trial date set for October 25, 2005 was vacated. A status conference is scheduled for November 28, 2005 at 9:00 a.m., before the Honorable Alan C. Kay regarding the Settlement approval by City Council. Settlement was approved and adopted on November 9, 2005.

There are no remaining claims and/or parties. All appearing parties herein have indicated their approval and have signed this stipulation.

DATED: Honolulu, Hawai'i, DEC 9 2005 .

      CARRIE K.S. OKINAGA
      Corporation Counsel

By: _____
      D. SCOTT DODD
      Deputy Corporation Counsel
      Attorney for Defendants
      CITY AND COUNTY OF HONOLULU
      AND SERGEANT EARL PENAROZA

_____
JACK SCHWEIGERT, ESQ.
Attorney for Plaintiff

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

*******************************************************************************
Civil No. CV03-00176 ACK/LEK; Randy Wong v. City, et al.
Stipulation For Dismissal Of All Claims And All Parties With Prejudice; Order